## Proposed Report of Distribution



FILED 2011 MAR 15 PM 1:01

US BANKRUPTCY COURT NORTHERN DISTRICT OF...

Case: 10-51671    STEWART, SHARI K.

Report Includes ONLY Claims with a Proposed Distribution

| Case Balance: | $366.42 | Total Proposed Payment: | $366.42 | Remaining Balance: | $0.00 |
|---|---|---|---|---|---|

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
|  | KATHRYN A. BELFANCE, TRUSTEE <2200-00 Trustee Expenses> | Admin Ch. 7 | 12.00 | 12.00 | 0.00 | 12.00 | 12.00 | 354.42 |
|  | KATHRYN A. BELFANCE, TRUSTEE <2100-00 Trustee Compensation> | Admin Ch. 7 | 91.61 | 91.61 | 0.00 | 91.61 | 91.61 | 262.81 |
| **SUBTOTAL FOR ADMIN CH. 7** | | | 103.61 | 103.61 | 0.00 | 103.61 | 103.61 | |
| 1 | ECMC  Claim Memo: REVIEWED CLAIM | Unsecured | 19,547.74 | 19,547.74 | 0.00 | 19,547.74 | 122.05 | 140.76 |
| 2 | OAK HARBOR CAPITAL, L.L.C.  Claim Memo: REVIEWED CLAIM | Unsecured | 8,275.06 | 8,275.06 | 0.00 | 8,275.06 | 51.66 | 89.10 |
| 3 | ROUNDUP FUNDING, LLC  Claim Memo: REVIEWED CLAIM. NOT LISTED ON SCHEDULE. SUPPORT DOCUMENTS ATTACHED. | Unsecured | 146.32 | 146.32 | 0.00 | 146.32 | 0.91 | 88.19 |
| 5 | CAPITAL ONE BANK (USA), N.A.  Claim Memo: REVIEWED CLAIM | Unsecured | 2,066.66 | 2,066.66 | 0.00 | 2,066.66 | 12.90 | 75.29 |
| 6 | DELL FINANCIAL SERVICES L.L.C.  Claim Memo: REVIEWED CLAIM | Unsecured | 770.22 | 770.22 | 0.00 | 770.22 | 4.81 | 70.48 |
| 7 | FIA CARD SERVICES, NA AS SUCCESSOR IN INTEREST TO  Claim Memo: REVIEWED CLAIM | Unsecured | 7,918.66 | 7,918.66 | 0.00 | 7,918.66 | 49.44 | 21.04 |
| 8 | GE MONEY BANK  Claim Memo: REVIEWED CLAIM. | Unsecured | 3,215.32 | 3,215.32 | 0.00 | 3,215.32 | 20.07 | 0.97 |
| 9 | ROUNDUP FUNDING, LLC  Claim Memo: REVIEWED CLAIM. NOT LISTED ON SCHEDULE. SUPPORT DOCUMENTS ATTACHED | Unsecured | 155.34 | 155.34 | 0.00 | 155.34 | 0.97 | 0.00 |
| **SUBTOTAL FOR UNSECURED** | | | 42,095.32 | 42,095.32 | 0.00 | 42,095.32 | 262.81 | |

6.69

Ck #107

receipt #82225


# Proposed Report of Distribution
## Case: 10-51671    STEWART, SHARI K.

Report Includes ONLY Claims with a Proposed Distribution

| Case Balance: | $366.42 | Total Proposed Payment: | $366.42 | Remaining Balance: | $0.00 |
|---|---|---|---|---|---|

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | Total for Case 10-51671 : | | $42,198.93 | $42,198.93 | $0.00 | $42,198.93 | $366.42 | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| Total Administrative Claims : | $103.61 | $103.61 | $0.00 | $103.61 | 100.000000% |
| Total Unsecured Claims : | $42,095.32 | $42,095.32 | $0.00 | $262.81 | 0.624321% |